UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIRAM BOLDEN,

                Plaintiff,

-against-                            24 CIVIL 7232 (LTS)

PRIMECARE, SULLIVAN COUNTY           CIVIL JUDGMENT
JAIL;DANIEL WHITMORE, SULLIVAN
COUNTY PRIMECARE STAFF,

                Defendants.

    For the reasons stated in the December 02, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 3, 2025
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                        Chief United States District Judge